# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PORTLAND)

**I acknowledge receipt of the notice of assignment showing my case:**

| | |
|---|---|
| Case Number | 15-35845 |
| Case Title | Robert Martin, et al., v. The City of Boise |

**assigned for hearing:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Date | 7/13/2017 | Time | 9:00am | Courtroom | 2nd Floor Courtroom |
| Location | The Pioneer Courthouse, Portland, Oregon |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Michael E. Bern |
| Phone | (202) 637-1021 |
| Email Address | Michael.Bern@lw.com |
| Party/parties represented | Robert Martin, et al. |
| Names of other appearing counsel on side and allocation of total time per side if more than one attorney to argue | |
| Special needs you may require in the courtroom | N/A |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using CM/ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

○ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | /s Michael Bern | Date | 05/02/2017 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in CM/ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or, if exempt from electronic filing-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, William K. Nakamura U.S. Courthouse, 1010 Fifth Avenue, Seattle WA 98104
Phone: 206-224-2200